# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0380. EMILY ANN CANTRELL et al. v. STATE OF GEORGIA.

In this adoption proceeding, the trial court held a hearing on February 10, 2020, during which the petitioners were represented by attorney Susan Brown. The trial court subsequently dismissed the petition for adoption, and petitioner Derek Cantrell filed this pro se notice of appeal.[1] We lack jurisdiction.

The record on appeal contains no indication that Brown has withdrawn from representing the petitioners in this case. Consequently, Cantrell's pro se notice of appeal is a nullity because, based on the current record, he currently is represented by counsel in this action and thus may not attempt to represent himself. See *Tolbert v. Toole*, 296 Ga. 357, 361-363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993). As a result, Cantrell's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/21/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Cantrell, a non-lawyer, is the only petitioner who signed the notice of appeal. He thus is the sole appellant because, as a non-attorney, he may not file an appeal on behalf of any other parties. See *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1, n. 1 (708 SE2d 4) (2011).